## THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES *v*. STOUGH.

[No. 8,358. Filed November 19, 1914. Rehearing denied March 10, 1915. Transfer denied April 14, 1915.]

From Marion Circuit Court (15,192) ; *Charles Remster*, Judge.

Action by Matilda Stough against The Equitable Life Assurance Society of the United States. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*John B. Elam, James W. Fesler, Harvey J. Elam* and *Howard S. Young*, for appellant.

*M. M. Bachelder*, for appellee.

Equitable Life, etc., Society *v*. Stough—58 Ind. App. 703.

SHEA, J.—This is the second appeal in this case. *Equitable Life Assur. Soc., etc.* v. *Stough* (1910), 45 Ind. App. 411; 89 N. E. 612. The issues and the facts are not essentially different. The law as announced by the court in the former appeal must be accepted as the law of the case in this appeal. Upon the authority of that case, the judgment is reversed.